# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00267-CV

In the Matter of the Marriage of
John Charles Daly, Jr. and Mattie Gene Daly

On appeal from the
414th District Court of McLennan County, Texas
Judge Ryan Luna, presiding
Trial Court Cause No. 2025-3139-5

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, John Charles Daly, Jr., filed a notice of appeal in the trial court on June 25, 2026, appealing the final decree of divorce signed by the trial court on May 7, 2026. Cross-Appellant, Mattie Gene Daly, filed a notice of appeal in the trial court dated July 1, 2026. No motion for new trial or other filing that would extend the time to file a notice of appeal was filed in the trial court by either party. By letter from the Clerk of this Court dated July 6, 2026, Appellant and Cross-Appellant were informed that the notices of appeal both appear to be untimely and that the appeal and cross-appeal would be dismissed without further notice unless a response was filed showing grounds for

continuing the appeal on or before July 16, 2026. No response has been filed by Appellant or Cross-Appellant.

Accordingly, we dismiss this appeal for want of jurisdiction and for failure to follow a directive of the Clerk of this Court. *See* TEX. R. APP. P. 42.3(b), (c).


_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: July 23, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal and cross-appeal dismissed
CV06

